

**MICHAEL BARNETT**
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct  212.407.4163
Main    212.407.4000
Fax     212.656.1554
mbarnett@loeb.com

Via ECF and By Hand

July 29, 2014

The Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Washington v. William Morris Endeavor Entertainment, LLC et al.,* Case No. 10-9647-PKC

Dear Judge Castel:

We represent the Defendants in the above-captioned action, and write in response to Plaintiff/Claimant Marcus Washington's July 12 letter to the Court (Dkt. No. 57).

In that letter, Washington asserts that the Court should defer consideration of Defendants' motion to confirm Arbitrator Lewis's June 25, 2014 Memorandum, Order and Award (the "Award"), because he moved Arbitrator Lewis for a modification of the Award.

Defendants' motion to confirm is not, and has never been, "premature," as Washington asserts. In any event, Arbitrator Lewis has denied the request for a modification, by Order dated July 22, 2014 (copy attached).

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael Barnett
Loeb & Loeb LLP

Enclosure

cc:   Marcus Washington (via email and Federal Express)

AMERICAN ARBITRATION ASSOCIATION

MARCUS I. WASHINGTON,

    Claimant,

v.

WILLIAM MORRIS ENDEAVOR
ENTERTAINMENT, LLC, f/k/a WILLIAM
MORRIS AGENCY, INC., JEFFREY
MEADE and SARAH VAN HOVEN,

    Respondents.

Case No. 13 160 01426 12

## ORDER

Upon consideration of Mr. Washington's motion to modify the memorandum and order of June 25, 2014, and Respondents' email response thereto, it is hereby ordered that Mr. Washington's motion is denied.[1]

Dated: July 22, 2014

SO ORDERED:

Hon. Timothy K. Lewis

---

[1] In my order of July 8, 2014, I "caution[ed] the parties . . . that under [AAA Employment Arbitration] Rule 40, I am specifically 'not empowered to redetermine the merits of any claim already decided.' Any such requests will be summarily dismissed." I have reviewed Mr. Washington's motion; it clearly requests that I redetermine the merits of my June 25 memorandum and order. Because the rules do not empower me to grant this relief, Mr. Washington's motion is denied.